# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID CHASE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 3:16-cv-01576** |
| | ) | **Judge Aleta A. Trauger** |
| MATTHEW K. WHITE, SCOTT F. HULL, JEFFREY S. BROWN, JAREN C. BREECE, ALAN T. DIGRUTTOLO, JONATHAN SCHMIDT, JOHN B. HATCHER, JR., GREGORY LINDSTROM, PEDRO RIVERA CHAPPARO, JAMES JORDAN, LARRY CAHILL, JR., AND OFFICER JOE DOE, personally and in their individual capacity as officers of the Metropolitan Government of Nashville and Davidson County, Tennessee, and THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court are (1) the Motion to Dismiss filed by defendant the Metropolitan Government of Nashville and Davidson County, Tennessee ("Metro"); (2) the Motion to Dismiss filed by defendants Scott Hull, Jaren Breece, Alan Digruttolo, Jeffrey Brown, Larry Cahill, Matthew White, and James Jordan; and (3) the Motion to Dismiss filed by defendants John B. Hatcher, Jr., Gregory Lindstrom, and Pedro Rivera-Chapparo.

For the reasons set forth in the accompanying Memorandum, all three motions (Doc. Nos 9, 12, 22) are **GRANTED**. In addition, although defendants Jonathan Schmidt and John

Doe have not been served and did not join in the Motions to Dismiss, it is clear that the claims against them are subject to dismissal for all the same reasons as the claims against the other police officer defendants. This action is therefore **DISMISSED** in its entirety.

Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge