Case No. 17-5150

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

DAVID CHASE

      Plaintiff - Appellant

v.

MATTHEW K. WHITE; SCOTT HULL; JEFFREY S. BROWN; JAREN C. BREECE; ALAN T. DIGRUTTOLO; JONATHAN SCHMIDT; JOHN B. HATCHER, JR.; GREGORY LINDSTROM; PEDRO RIVERA CHAPPARO; JAMES JORDAN; LARRY CAHILL, JR.; JOHN DOE, Officer, personally and in their individual capacity as an officer of the Metropolitan Government of Nashville and Davidson County, Tennessee, Police Department; METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE; METRO NASHVILLE DAVIDSON COUNTY POLICE DEPARTMENT

      Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The Appellant's Brief was not filed by April 21, 2017.

It is therefore **ORDERED** that this cause be, and it hereby is, **DISMISSED** for want of prosecution.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  May 03, 2017

_____

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

<table>
<tr><td>Deborah S. Hunt<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: May 03, 2017

Mr. John M. L. Brown
Law Offices
222 Second Avenue, N.
Suite 312 Washington Square
Nashville, TN 37201-0000

Mr. David Chase
3001 Armory Drive
Suite 200
Nashville, TN 37209

Ms. Keli J. Oliver
Metropolitan Department of Law
P.O. Box 196300
Nashville, TN 37219

> Re: Case No. 17-5150, *David Chase v. Matthew White, et al*
> Originating Case No. : 3:16-cv-01576

Dear Counsel and Mr. Chase:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014

cc:  Mr. Keith Throckmorton

Enclosure

No mandate to issue